United States District Court
Northern District of California

1

2                          UNITED STATES DISTRICT COURT

3                        NORTHERN DISTRICT OF CALIFORNIA

4

5    JERRY EDDIE PATLAN,                      Case No.  15-cv-02372-LB

             Plaintiff,
6

7           v.                               **ORDER**

8    C. E. DUCART,

             Defendant.
9

10

11          GOOD CAUSE APPEARING THEREFOR,

12          IT IS ORDERED that this case is reassigned to the Honorable **Thelton E. Henderson** in

13   the **San Francisco** division for all further proceedings.  Counsel are instructed that all future

14   filings shall bear the initials **TEH** immediately after the case number.

15          All dates presently scheduled are vacated and motions should be renoticed for hearing

16   before the judge to whom the case has been reassigned. Briefing schedules, ADR compliance

17   deadlines, and other case deadlines remain unchanged. Matters for which a magistrate judge has

18   already issued a report and recommendation shall not be rebriefed or noticed for hearing before

19   the newly assigned judge; such matters shall proceed in accordance with Fed R. Civ. P. 72(b).

20   Dated: 7/2/2015

21                                               FOR THE EXECUTIVE COMMITTEE

22

23                                               Richard W. Wieking
                                                 Clerk, United States District Court
24

25   A true and correct copy of this order has been served by mail upon any pro se parties.

26

27

28